## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **ESCHENBACH OPTIK OF AMERICA, INC.,** | § § § | |
| Plaintiff, | § § | |
| v. | § § § | 3:17-CV-00307 |
| **MATTINGLY LOW VISION, INC.,** | § § § | |
| Defendant. | | |

### ORDER

On this day, the Court considered the parties' Notice of Voluntary Dismissal with Prejudice in the above-captioned case. ECF No. 7. In accordance with Rule 41(a) of the Federal Rules of Civil Procedure, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

**IT IS FURTHER ORDERED** that any relief not specifically granted herein is denied.

**IT IS FURTHER ORDERED** that the parties shall bear their own costs.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 5th day of February, 2018.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE